

# United States Court of Appeals
## for the Fifth Circuit

**A True Copy**
**Certified order issued Aug 14, 2023**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 23-10463

_____

Jennifer VanDerStok; Et al.,

*Plaintiffs*,

Defense Distributed; Second Amendment Foundation, Incorporated,

*Intervenor Plaintiffs—Appellees*,

versus

Merrick Garland, *U.S. Attorney General, in his Official capacity as Attorney General of the United States*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 14, 2023, pursuant to appellant's motion.

No. 23-10463

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _*Melissa Mattingly*_____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT